UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-14008-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUISTON DINGLE,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE CASE

THIS MATTER has come before the Court upon Defendant's Unopposed Motion to Consolidate Case. Based on the matters presented, and it appearing that a related case numbered 08-14001-CR-Graham is already pending before Judge Donald L.Graham, and with the consent of the Honorable United States District Judge Donald L.Graham pursuant to Southern District of Florida Local Rule 3.9.(c), it is hereby

**ORDERED ADJUDGED** that the above-entitled cause be and the same is hereby transferred to the calendar of the Honorable DONALD L. GRAHAM for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of March, 2008.

                                JOSE E. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered Cause, the undersigned accepts the transfer of this case. Therefore, it is

**ADJUDGED** that all pleadings filed after this date shall bear the following case number, 08-14001-CR-GRAHAM, thereby indicating the Judge to whom all pleadings should be routed.

THE FOREGOING transfer is accepted this 4th day of March, 2008.

_____
DONALD J. GRAHAM
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
Honorable Jose E. Martinez
Honorable Donald L. Graham
All Attorneys of Record